**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RUBEN BLANCO-HOLGUIN,<br><br>　　　　Defendant. | **No. 07-CR-4062-DEO**<br><br>**ORDER RE:<br>ACCEPTING REPORT AND<br>RECOMMENDATION CONCERNING<br>GUILTY PLEA AND SCHEDULING<br>SENTENCING HEARING** |

## I. INTRODUCTION AND BACKGROUND

On September 27, 2007, a one Count Indictment (Docket No. 1, 09/27/2007) was returned against defendant Ruben Blanco-Holguin.

Count 1 of that Indictment charges that defendant Ruben Blanco-Holguin, an alien, was found knowingly and unlawfully in the United States after having been previously removed from the United States on or about June 29, 1993. Defendant did not obtain the express consent of the Attorney General of the United States or his successor, the Secretary of the Department for Homeland Security (under Title 6, United States Code, Section 202(3) and (4) and Section 557), to reapply for admission into the United States prior to re-entering the United States on or about November 1, 1995, at or near Del

Rio, Texas.  This was in violation of Title 8, United States Code, Section 1326(a).

On November 6, 2007, defendant Ruben Blanco-Holguin appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 of the Indictment.  In the Report and Recommendation (Docket No. 18, 11/06/2007) Chief United States Magistrate Judge Paul A. Zoss recommends that defendant Ruben Blanco-Holguin's guilty plea be accepted.  No objections to Judge Zoss's Report and Recommendation were filed.  The Court, therefore, undertakes the necessary review to accept defendant Ruben Blanco-Holguin's plea in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 18), and accepts defendant Ruben Blanco-Holguin's plea of guilty in this case to Count 1 of the Indictment filed on September 27, 2007 (Docket No. 1).

**IT IS FURTHER HEREBY ORDERED** that the sentencing hearing for defendant Ruben Blanco-Holguin shall take place before

this Court on **Thursday, December 27, 2007, at 2:30 p.m.**

**IT IS SO ORDERED** this 5th day of December, 2007.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa